**Jeffrey L. SHACKLEY, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–Respondent.**

**No. 56306.**

Missouri Court of Appeals, Eastern District, Division One.

Dec. 29, 1989.

Janet M. Thompson, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

Movant appeals from the denial, without an evidentiary hearing, of his Rule 29.15 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the

reasons for our order affirming the judgment pursuant to Rule 84.16(b).